UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL OGBEVOEN, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-04-3595 |
| ARAMARK CAMPUS, INC., | § § § | |
| Defendant. | § § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that the parties have reached a settlement. This case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the parties' claims if any party represents to the Court, within sixty (60) days of the issuance of this Order, that the settlement could not be completely documented. All pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 17th day of July, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1